I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _October 18, 2011_

_____

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___Shy___ DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| EUGENE EVERAL BAIRD, | Case No.  SACV 11-01401 GAF (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| MATTHEW CATE, SECRETARY OF CDCR, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED:  October 17, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY