I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: October 18, 2011

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| EUGENE EVERAL BAIRD,<br><br>   Petitioner,<br><br>   v.<br><br>MATTHEW CATE, SECRETARY OF CDCR,<br><br>   Respondent. | Case No. SACV 11-01401 GAF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: October 17, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY